# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**TAVIA WAGNER,**

      **Plaintiff,**

v.                                        **Case No: 6:23-cv-1218-PGB-RMN**

**OSCEOLA ENTERPRISE OF KISSIMMEE INC. and LA MADAM RESTAURANT LLC,**

      **Defendants.**

_____/

## **ORDER**

      This cause is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice, filed August 10, 2023. (Doc. 11). The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant Osceola Enterprise of Kissimmee Inc. and LA Madam Restaurant LLC are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

      **DONE AND ORDERED** in Orlando, Florida on August 11, 2023.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties